856

No. 99–10013. GOMEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–10014. FERNANDEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–10015. DENSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–10016. DANDURAND v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–10017. HARRIS v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–10018. HUGHES v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 99–10019. GAINES v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 99–10020. DAVIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–10021. GABRIEL GARCIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–10022. ELLIOTT v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 99–10025. LOVERA v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 99–10026. MOORE v. PHELPS DODGE WIRE MAGNET CO. C. A. 7th Cir. Certiorari denied.

No. 99–10027. JOHNSON v. VIRGINIA. Ct. App. Va. Certiorari denied.

No. 99–10029. KOLLYNS v. BEASLEY ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–10031. WALCZAK v. MULLEN ET AL. Ct. App. Wis. Certiorari denied.